## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID VELASQUEZ** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.**_____ |
| | * | |
| | * | |
| **GULF OFFSHORE LOGISTICS, L.L.C.** | * | **SECTION:**_____ |

## COMPLAINT FOR DAMAGES

The Complaint of **DAVID VELASQUEZ**, a person of the full age of majority respectfully represents the following:

1.

The named defendants herein are:

**GULF OFFSHORE LOGISTICS, L.L.C.**, a Louisiana Limited Liability Company located in the Parish of Lafourche.

2.

This claim is brought pursuant to the Jones Act 46 USC § 3104 and pursuant to the General Maritime Law, and is specifically designated as such within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

3.

Defendant is justly and truly indebted to petitioner for all damages that are reasonable in the premises, together with legal interest from the date of judicial demand until paid and all costs of these proceedings, by reason of the following:

4.

On or about May 9, 2010, petitioner was employed by Gulf Offshore Logistics, L.L.C. (hereinafter, "GOL"), and was on the waterways of the Gulf of Mexico as a member of the crew of the M/V JASON, a vessel that was owned and/or operated by GOL.

5.

At all material times herein, the M/V JASON was engaged in commerce on the navigable water of the United States of America.

6.

Petitioner was employed as a deckhand on board the M/V JASON.

7.

While acting within the course and scope of his employment, petitioner received serious and disabling injuries to his low back and neck when he fell on the deck of the M/V JASON due to non-skid paint on the metal covers located on the deck.

8.

Thereafter, petitioner was taken to a clinic in Golden Meadow for treatment of his low back and neck. Petitioner has had further severe complications to his neck and low back that are still unresolved.

9.

As a result of the incident described above, petitioner suffered severe and debilitating injuries to various parts of his body, including, but not limited to his low back and neck.

10.

As a result of the disability caused by the injuries suffered by petitioner, he will no longer be able to engage in his chosen occupation and will suffer a substantial loss of earnings, both past and future.

11.

Because of these injuries, petitioner has endured and will continue to endure extreme physical and mental pain, suffering and disability, and he has sustained a substantial loss of his enjoyment of life.

12.

It is alleged, upon information and belief, that the damages and injuries suffered by petitioner were caused by the negligence of the GOL in the following non-exclusive respects:

a.   Failing to recognize the dangerous circumstances surrounding the task being performed at the time of the accident;

b.   Failure to properly train the crew members assigned to the M/V JASON;

c.   Failure to provide properly functioning equipment on the M/V JASON;

d.   Failure to provide petitioner with a safe place to work; and

e.     Any and all other acts of negligence, and/or fault which may be proven at the trial of this matter or discovered prior thereto.

13.

As a result of the negligence of GOL, petitioner alleges he has sustained damages as follows:

a.     General damages, including past and future physical and mental pain, suffering, permanent disability and disfigurement; and loss of enjoyment of life;

b.     Past and future medical expenses;

c.     Past and future loss of wages and earning capacity; and

d.     Any and all other damages which may be proven at the trial of this matter.

**WHEREFORE,** petitioner prays that the named defendant be served with a certified copy of this Complaint For Damages, and be duly cited to appear and answer same; that after all due proceedings are had, that there be judgment rendered in favor of petitioner, **David Velasquez,** and against **Gulf Offshore Logistics, L.L.C.** for all damages that are reasonable in the premises, together with legal interest and for all costs of these proceedings; and further, for all general and equitable relief which the court deems necessary and proper under the circumstances.

4

Respectfully submitted,

**CHARLES C. BOURQUE, JR. (#20118)**
**CHRISTOPHER J. ST. MARTIN (#26122)**
**JOSEPH G. JEVIC, III (#23145)**
**MELANIE G. LAGARDE (#28825)**
ST. MARTIN & BOURQUE
P.O. Box 2017
Houma, Louisiana  70361
Telephone: (985) 876-3891
Fax:  (985) 851-2219
Attorneys for Petitioner

**SERVICE INFORMATION:**

**GULF OFFSHORE LOGISTICS, L.L.C.**
**Through its registered agent:**
Todd P. Danos
120 White Rose Dr.
Raceland, LA 70394