UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID VELASQUEZ | CIVIL ACTION |
| VERSUS | NO. 10-03055 |
| GULF OFFSHORE LOGISTICS, L.L.C. | SECTION "S" |
| | JUDGE MARY ANN VIAL LEMMON |
| | DIVISION (3) |
| | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled and numbered civil action is hereby dismissed with prejudice, with each party to pay his or its own costs.

New Orleans, Louisiana, this ___14th___ day of December, 2011.

_____
United States District Court Judge